Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.414.3266
Facsimile     209.414.3268
Attorneys for Defendant BEN VAN PHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Y THI NHU LE AND BEN VAN PHAN,<br><br>　　　　Defendants. | Case No.: 2:23-CR-00188 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>REQUESTED DATE: MAY 28, 2024<br>TIME: 9:00 A.M.<br>JUDGE: HON. WILLIAM B. SHUBB |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Heiko P. Coppola, and Defendants Y Thi Nhu Le, by and through her counsel of record, Timote Tuitavuki, and Ben Van Phan, by and through his counsel of record, Mary Ann F. Bird, (collectively, the "parties") hereby stipulate as follows:

1. By previous order, this matter was set for status conference on February 26, 2024 at 9:00 a.m. and time was ordered excluded in the interest of justice.

2. By this stipulation, the parties hereby move to continue the status conference to May 28, 2024 because counsels for the defendants need additional time to properly prepare a

STIPULATION AND ORDER - CONTINUANCE
PAGE: 1

defense. Specifically, defense counsels need the additional time based on the voluminous nature of the discovery.

3. Counsels for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

4. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, et seq, within which trial must commence, the time period of February 26, 2024 to May 28, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)[Local Code T4], because it results from a continuance granted by the Court at the defendant' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                              Respectfully submitted,

Dated: February 21, 2024                          PHILLIP A. TALBERT
                                                  United States Attorney

                                                  BY: __/s/ HEIKO P. COPPOLA_____
                                                  HEIKO P. COPPOLA
                                                  Assistant United States Attorney

Dated: February 21, 2024               __/s/TIMOTE FAKAOFO TUITAVUKI__
                                       TIMOTE FAKAOFO TUITAVUKI
                                       Attorney for Y Thi Nhu Le

Dated: February 21, 2024               ___/s/ MARY ANN F. BIRD_____
                                       MARY ANN F. BIRD
                                       Attorney for Ben Van Phan

## FINDINGS AND ORDER

The matter having come before the Court and for good cause appearing,

The Court hereby continues the status conference hearing to May 28, 2024 at 9:00 A.M. Time is excluded under the Speedy Trial Act from February 26, 2024 up to and including May 28, 2024. The ends of justice outweigh the best interests of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  February 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE