ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Y THI NHU LE AND BEN VAN PHAN,<br><br>Defendants. | CASE NO. 2:23-CR-00188 WBS<br><br>STIPULATION SETTING JURY TRIAL DATE, RULE 12 MOTIONS DEADLINE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 25, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on August 25, 2025.

2. By this stipulation, parties have agreed to set the above-entitled matter for a Jury Trial To begin on **March 24, 2026 at 9:00 a.m.** The parties expect the jury trial to last approximately two weeks. The parties have also agreed that a Trial Confirmation Hearing shall be held on **March 2, 2026 at 10:00 a.m.** Any motions under Federal Rule of Criminal Procedure Rule shall be filed no later than November 21, 2025. The parties also move to exclude time between August 25, 2025, and March 24, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery in this case is voluminous and consists of law enforcement reports, records, and documents, among other things. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b)    Counsel for defendants desire additional time to continue their review of
2 discovery provided, to consult with their clients, perform legal research, investigate and
3 otherwise prepare for trial.
4    c)    Counsel for defendants believe that failure to grant the above-requested
5 continuance would deny them the reasonable time necessary for effective preparation, taking into
6 account the exercise of due diligence.
7    d)    The government does not object to the continuance.
8    e)    Based on the above-stated findings, the ends of justice served by continuing the
9 case as requested outweigh the interest of the public and the defendant in a trial within the
10 original date prescribed by the Speedy Trial Act.
11    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12 et seq., within which trial must commence, the time period of August 25, 2025 to March 24,
13 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
14 T4] because it results from a continuance granted by the Court at defendant's request on the basis
15 of the Court's finding that the ends of justice served by taking such action outweigh the best
16 interest of the public and the defendant in a speedy trial.
17    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
19 must commence.
20    IT IS SO STIPULATED.

Dated:  August 19, 2025                    ERIC GRANT
                                           United States Attorney

                                           /s/ HEIKO P. COPPOLA
                                           HEIKO P. COPPOLA
                                           Assistant United States Attorney

Dated:  August 19, 2025                    /s/ MARY ANN BIRD

STIPULATION SETTING JURY TRIAL AND EXCLUDING          2
TIME UNDER THE SPEEDY TRIAL ACT

```
                                    MARY ANN BIRD
                                    Counsel for Defendant
                                    BEN VAN PHAN


Dated: August 19, 2025              /s/ TIMOTE TUIAVUKI
                                    TIMOTE TUITAVUKI
                                    Counsel for Defendant
                                    Y THI NHU LE
```

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE