TIM F. TUITAVUKI SBN 212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN ST.
STOCKTON, CA 95202
Tel. (209)476-1590
Fax. (209)476-1549

Attorney for Y Thi Nhu Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>Y THI NHU LE,<br><br>            Defendant. | Case No.: 2:23-CR-00188-01 WBS<br><br><br>WAIVER OF DEFENDANT'S PRESENCE |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the Defendant, Y Thi Nhu Le, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including but not limited to when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of the jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of the Defendant which the Court may permit pursuant to this waiver; agrees that the Defendant's interests will be deemed represented at all times by the presence of Defendant's attorney; the same as if Defendant were personally present; and further agrees to be present in Court ready for trial any day and hour the Court may fix in the Defendant's absence.

Defendant further acknowledges that Defendant has been informed of the Defendant's rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), authorizes Defendant's attorney to set times and delays under that Act without Defendant being present.

1

DATED:                                    ___/s/Y Thi Nhu Le_____
                                          Y THI NHU LE
                                          DEFENDANT

I agree with and consent to my client's waiver of appearance.

DATED:                                    _____/s/ Tim F. Tuitavuki_____
                                          TIM F. TUITAVUKI
                                          Attorney for Y Thi Nhu Le

ORDER

IT IS SO ORDERED.

Dated:  January 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE