TIM F. TUITAVUKI SBN 212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN ST.
STOCKTON, CA 95202
Tel. (209)476-1590
Fax. (209)476-1549

Attorney for Defendant Y Thi Nhu Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00188-01 WBS |
| Plaintiff, | |
| vs. | ORDER TO SEAL DOCUMENTS AND THE DEFENSE'S REQUEST TO SEAL |
| Y THI NHU LE, | |
| Defendant. | |

Having considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), the Court finds that, for the reasons stated in the Defense's request to seal, sealing these documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Defense would be harmed. In light of the public filing of its request to seal, the Court finds that there are no additional alternatives to sealing the Defense's motion that would adequately protect the compelling interests identified by the Defense.

IT IS HEREBY ORDERED that the Defense's 3-page document and attachments in support thereof pertaining to Defendant Y Thi Nhu Le and the Defense's Request to Seal shall be SEALED until further Order of this Court pursuant to Local Rule 141(b) and based upon the representations contained in the Defense's Request to Seal.

1

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for the defendant.

IT IS SO ORDERED.

Dated:  January 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2