Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
3522 Deer Park Drive
Suite A
Stockton, CA 95219
Telephone      209.414.3266
Facsimile      209.414.3268
Attorneys for Defendant BEN VAN PHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>Y THI NHU LE AND BEN VAN PHAN,<br><br>          Defendants. | Case No.: 2:23-CR-00188 WBS<br><br>STIPULATION AND ORDER TO VACATE JURY TRIAL, RESETTING STATUS CONFERENCE AND EXCLUDING TIME<br><br>REQUESTED DATE: JULY 27, 2026<br>TIME: 10:00 A.M.<br>JUDGE: HON. WILLIAM B. SHUBB |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Heiko P. Coppola, and

Defendants Y Thi Nhu Le, by and through her counsel of record, Timote Tuitavuki, and Ben Van

Phan, by and through his counsel of record, Mary Ann F. Bird, (collectively, the "parties")

hereby stipulate as follows:

1.  By previous order, this matter was set for jury trial proceedings to begin March 24, 2026. The Court excluded time up to and including March 24, 2026 pursuant 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for counsel's continued preparation for trial.

STIPULATION AND ORDER - CONTINUANCE
PAGE: 1

2. By this stipulation, the Defendants hereby move to vacate the scheduled jury trial proceedings on March 24, 2026, vacate the trial confirmation hearing on March 2, 2026 and the reset the matter for status conference for July 27, 2026 at 10:00 a.m.. for the reasons set forth in Defendants' sealed concurrent motions to vacate the jury trial which are incorporated by reference herein and result in  both defense counsel needing additional time to prepare for trial. Specifically, defense counsels need the additional time to continue reviewing the voluminous discovery provided by the United States, to consult with their clients, to perform legal research, to investigate and otherwise prepare for trial.

3. Counsel for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Government does not object to the continuance.

4. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, et seq, within which trial must commence, the time period of March 24, 2026 to July 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)[Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND ORDER - CONTINUANCE
PAGE: 2

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                          Respectfully submitted,

Dated: January 21, 2026                        ERIC GRANT
                                               United States Attorney

                                               BY: __/s/ HEIKO P. COPPOLA_____
                                               HEIKO P. COPPOLA
                                               Assistant United States Attorney

Dated: January 21, 2026                        __/s/TIMOTE FAKAOFO TUITAVUKI__
                                               TIMOTE FAKAOFO TUITAVUKI
                                               Attorney for Y Thi Nhu Le

Dated: January 21, 2026                        ___/s/ MARY ANN F. BIRD_____
                                               MARY ANN F. BIRD
                                               Attorney for Ben Van Phan

## FINDINGS AND ORDER

The matter having come before the Court and for good cause appearing,

The Court hereby vacates the motions hearing set for January 26, 2026, vacates the scheduled jury trial proceedings on March 24, 2026, vacates the trial readiness hearing on March 2, 2026, and resets the matter for status conference hearing to **July 27, 2026 at 10:00 a.m.** Time is excluded under the Speedy Trial Act from March 24, 2026 up to and including July 27, 2026

STIPULATION AND ORDER - CONTINUANCE
PAGE: 3

pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)[Local Code T4] . The ends of justice outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  January 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - CONTINUANCE
PAGE: 4