Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
3522 Deer Park Drive
Suite A
Stockton, CA 95219
Telephone 209.414.3266
Facsimile 209.414.3268
Attorneys for Defendant BEN VAN PHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Y THI NHU LE AND BEN VAN PHAN,<br><br>Defendants. | Case No.: 2:23-CR-00188 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDING TIME<br><br>REQUESTED DATE: OCTOBER 19, 2026, 2026<br>TIME: 10:00 A.M.<br>JUDGE: HON. WILLIAM B. SHUBB |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Heiko P. Coppola, and Defendants Y Thi Nhu Le, by and through her counsel of record, Timote Tuitavuki, and Ben Van Phan, by and through his counsel of record, Mary Ann F. Bird, (collectively, the “parties”) hereby stipulate as follows:

1. By previous order, this matter was set for status conference on July 27, 2026. The Court excluded time up to and including July 27, 2026 pursuant 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for counsel’s continued preparation for trial.

2. By this stipulation, the Defendants hereby move to continue the matter for status conference for October 19, 2026 at 10:00 a.m.for the reasons set forth in the Defendants' sealed documents previously filed which are incorporated by reference herein and the continued need for treatment. Additionally, defense counsels need the additional time to continue reviewing the voluminous discovery provided by the United States, to consult with their clients, to perform legal research, to investigate and otherwise prepare for trial.
3. Counsel for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Government does not object to the continuance.
4. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.
5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, et seq, within which trial must commence, the time period of July 27, 2027 to October 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)[Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 21, 2026

ERIC GRANT
United States Attorney

BY: _ /s/ HEIKO P. COPPOLA_____________
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: July 21, 2026

__/s/TIMOTE FAKAOFO TUITAVUKI_
TIMOTE FAKAOFO TUITAVUKI
Attorney for Y Thi Nhu Le

Dated: July 21, 2026

___/s/ MARY ANN F. BIRD___________
MARY ANN F. BIRD
Attorney for Ben Van Phan

**FINDINGS AND ORDER**

The matter having come before the Court and for good cause appearing,

The Court hereby vacates the scheduled status conference on July 27, 2026, and resets the matter for further status conference hearing to October 19, 2026 at 10:00 a.m. Time is excluded under the Speedy Trial Act from July 27, 2026 up to and including October 19, 2026 pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)[Local Code T4] . The ends of justice outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: July 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE